## MAY 3, 2004

No. 03–9228.   KEELEN v. CAIN, WARDEN.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 03M68.   RODMAN v. FLORIDA; and

No. 03M70.   GARCIA v. CITY OF CLAYTON, NEW MEXICO.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M69.   DOE v. UNITED STATES.   Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 03–1238.   IBP, INC. v. ALVAREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.   C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.